**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

DAVID CAIN, JR.,

        Petitioner,                               05-CR-360-A
    v.                                               **ORDER**

UNITED STATES OF AMERICA,

        Respondent.
_____

        Petitioner David Cain, Jr. moves to "supplement and/or amend" his § 2255 motion. The Court denied Petitioner's § 2255 motion on October 15, 2015. *See* Docket No. 481. In addition, the Court denied Petitioner's motion for a certificate of appealability (Docket No. 530), and the Second Circuit did so as well on December 14, 2017. *See* Second Circuit Docket 17-2095, No. 44.

        Petitioner's motion to amend cannot be construed as a "second or successive" § 2255 motion within the meaning of 28 U.S.C. § 2244, because the motion to amend was filed while "appellate proceedings following [the Court's] dismissal of the initial petition remain pending." *Whab v. United States*, 408 F.3d 116, 118 (2d Cir. 2005). In other words, Petitioner filed his motion to amend before the time expired for him to file a petition for a writ of *certiorari* concerning the Second Circuit's denial of a certificate of appealability. *See Whab*, 408 F.3d at 120. *See also Clark v. United States*, 764 F.3d 653, 658 (6th Cir. 2014) ("A motion to amend is not a second or successive § 2255 motion when it is filed before the adjudication of the initial § 2255 motion is complete—*i.e.*, before the petitioner has lost on the merits and exhausted her appellate remedies.")

1

However, because Petitioner has filed a notice of appeal from the Court's decision denying his § 2255 motion, the Court lacks jurisdiction to consider his motion to amend. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *Ching v. United States*, 298 F.3d 174, 180 n.5 (2d Cir. 2002) (Sotomayor, J.) (noting that district court "could not rule on any motion affecting an aspect of the case that was before the [Second Circuit], including a motion to amend [a § 2255] motion, while . . . appeal was pending"). Petitioner's motion to amend (Docket No. 546) is therefore denied for lack of jurisdiction.

**SO ORDERED.**

Dated: January 19, 2018         _s/Richard J. Arcara_
   Buffalo, New York        HONORABLE RICHARD J. ARCARA
                                                     UNITED STATES DISTRICT JUDGE