**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

DAVID CAIN, JR.,

        Petitioner,                                05-CR-360-A
      v.                                       **ORDER**

UNITED STATES OF AMERICA,

        Respondent.

_____

On January 19, 2018, the Court issued an Order holding that the Court lacked jurisdiction to consider Petitioner David Cain, Jr.'s motion to amend his § 2255 motion. *See* Docket No. 547. The Order, however, did not address whether the Court would issue a certificate of appealability.

The Court now clarifies that, pursuant to 28 U.S.C. § 2253(c)(1) and Rule 11(a) of the Rules Governing Section 2255 Proceedings, the Court declines to issue a certificate of appealability from its January 19, 2018 Order (Docket No. 547) because Petitioner has not made a substantial showing of the denial of a constitutional right. The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal taken from the Court's January 19, 2018 Order would not be taken in good faith.

**SO ORDERED.**


Dated: August 7, 2018                                  __*s/Richard J. Arcara*_____
   Buffalo, New York                         HONORABLE RICHARD J. ARCARA
                                                           UNITED STATES DISTRICT JUDGE